No. 95–7563.  BASEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–7566.  SIZEMORE v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 95–7653.  FLOURNOY v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 95–705.  SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. SMITH.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–726.  CONNECTICUT v. COLTON.  Sup. Ct. Conn.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–706.  BABCOCK & WILCOX CO. ET AL. v. ARKWRIGHT-BOSTON MANUFACTURING MUTUAL INSURANCE CO. ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–867.  UNITED STATES EX REL. LEBLANC v. RAYTHEON CO., INC.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–925.  ILLINOIS ANTIBIOTICS CO. ET AL. v. SCHERING CORP.  C. A. 7th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–714.  NATIONWIDE MUTUAL INSURANCE CO. ET AL. v. CISNEROS, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 6th Cir.  Motions of National Association of Insurance Commissioners, National Association of Independent Insurers, National Association of Mutual Insurance Companies et al., and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 95–909.  KOCH OIL CO. v. COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS AGAINST POWERINE OIL CO.,

DEBTOR IN BANKRUPTCY. C. A. 9th Cir. Motion of U. S. Council on International Banking, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–914. BROIDA *v.* SMITH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HOROWITZ, DECEASED, ET AL. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 95–1001. DOYLE, ATTORNEY GENERAL OF WISCONSIN, ET AL. *v.* TIME WARNER CABLE, A DIVISION OF TIME WARNER ENTERTAINMENT CO., L. P. C. A. 7th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 95–918. CHESTER *v.* AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–1030. HUGHES, HUBBARD & REED *v.* ROBBS. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–6980. SHEPHERD *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–921. SHUMATE *v.* HUFF ET AL. Cir. Ct. Pulaski County, Va. Motion of respondents for award of costs denied. Certiorari denied.

No. 95–972. ROTHENBUSCH *v.* FORD MOTOR CO. C. A. 6th Cir. Motion of National Employment Lawyers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–1053. WEED *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 8th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.